| | |
|---|---|
| 1 | Jason Levin (SBN 161807) |
| 2 | **STEPTOE & JOHNSON LLP**<br>633 West 5th Street, 19th Floor |
| 3 | Los Angeles, California 90071<br>Telephone: (213) 439-9400 |
| 4 | Facsimile: (213) 439-9599 |
| 5 | *jlevin@steptoe.com* |
| 6 | Attorneys for Defendant CHEVRON U.S.A. INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ADAMS,<br><br>     Plaintiff,<br><br>vs.<br><br>SYNGENTA AG; SYNGENTA CROP PROTECTION, LLC; CHEVRON U.S.A. INC., and DOES 1 through 60, inclusive,<br><br>     Defendants. | Case No.: 4:21-cv-02582-HSG<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT CHEVRON U.S.A. INC. TO RESPOND TO THE COMPLAINT**<br>**(CIVIL L.R. 6-1)**<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>Complaint Filed:     04/09/2021 |

| | |
|---|---|
| 1 | Having considered the Motion to Extend Time for Defendant Chevron U.S.A. Inc. to |
| 2 | Respond to the Complaint filed by Plaintiff and all evidence available to the Court, and good |
| 3 | cause appearing, the motion is **GRANTED**. |
| 4 | The Court **ORDERS** that Defendant Chevron U.S.A. Inc's responsive pleading will be |
| 5 | due on or before __6/18/2021__. |
| 6 | |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | DATED: 5/5/2021 |
| 10 | HON. HAYWOOD S. GILLIAM, JR. |
| 11 | United States Magistrate Judge <br> Northern District of California |

1

Case No.: 4:21-cv-02582-HSG

**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT CHEVRON U.S.A. INC. TO RESPOND TO THE COMPLAINT**